USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/23/2022_

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Spin Master Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD., <br><br> *Plaintiff* <br><br> v. <br><br> >TC TOY CITY STORE, DISNEY ZY TOY STORE, HAND SHAKE1119 STORE, JUNRU NO.2 STORE, MODEL HOUSE STORE, POKEMONES FLASHCARD STORE, SHIYUZHU TOY STORE, SHOP5626016 STORE, SHOP910716127 STORE, SHOP911053106 STORE, SHOP911237123 STORE, SHOPBAKUGAN STORE, SHOPPOKEMON STORE, TOY FACTORY STORE STORE, YC TOY STORE, YIXUAN888 STORE, ZHANG 1230 STORE, ZHWENYIN STORE and ZIROU STORE, <br><br> *Defendants* | **22-cv-890 (AT)** <br><br><br> **UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

Dated: February 23, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge