UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIN MASTER LTD.,

                Plaintiff,

v.

&gt;TC TOY STORE, *et al.*,

                Defendants.

22-CV-890 (AT)

ORDER

Plaintiff requests an extension of the Temporary Restraining Order ("TRO") issued by this Court on February 4, 2022, at 4:40 p.m. and currently set to expire on February 18, 2022, in order to give Third Party Service Providers an opportunity to comply with expedited discovery procedures ordered in the TRO. The Court finds good cause for extending the expiration date of the TRO because Third Party Service Providers Alibaba and AliExpress will not receive notice of the TRO until February 13, 2022 at the earliest, when counsel who accepts service on their behalf returns from leave. Accordingly, it is HEREBY ORDERED that:

1. Defendants' deadline to file opposition to plaintiff's application is extended to February 17, 2022;
2. Plaintiff's deadline to reply to any opposition from defendants is extended to February 22, 2022; and
3. Defendants are ordered to show cause before this Court in Courtroom 15D, United States Courthouse, 500 Pearl Street, New York, NY 10007, on February 23, 2022, at 11:00 a.m.

Dated: New York, New York
        February 7, 2022

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.