UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2022_
```

SPIN MASTER LTD.,

          Plaintiff,

-against-

>TC TOY CITY STORE, DISNEY ZY TOY STORE, HAND SHAKE1119 STORE, JUNRU NO.2 STORE, MODEL HOUSE STORE, POKEMONES FLASHCARD STORE, SHIYUZHU TOY STORE, SHOP5626016 STORE, SHOP910716127 STORE, SHOP911053106 STORE, SHOP911237123 STORE, SHOPBAKUGAN STORE, SHOPPOKEMON STORE, TOY FACTORY STORE STORE, YC TOY STORE, YIXUAN888 STORE, ZHANG 1230 STORE, ZHWENYIN STORE and ZIROU STORE,

          Defendants.

22 Civ. 890 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 2, 2022, Plaintiff filed a complaint against 19 Defendants. Compl. ¶¶ 45–96, ECF Nos. 2, 8. On February 4, 2022, Plaintiffs requested and were granted a temporary restraining order ("TRO") enjoining Defendants from continuing their conduct infringing on Plaintiff's trademark. ECF Nos. 3, 15. On February 7, 2022, the Honorable Sidney H. Stein extended the TRO. ECF Nos. 4, 16. On February 18, 2022, Plaintiff served on each Defendant the summons, complaint, TRO and all papers filed in support of the application, and Judge Stein's order amending the briefing schedule. ECF No. 19. On February 23, 2022, this Court held a hearing regarding the Court's order to show cause why a preliminary injunction should not issue. ECF Nos. 5, 17. Defendants did not appear at the hearing, and the Court issued a preliminary injunction. ECF Nos. 5, 18.

    Accordingly, by **September 15, 2022**, Plaintiff shall file a letter with the Court stating how it plans to proceed. Plaintiff is reminded that if it intends to move for a default judgment, it needs to provide proof of personal jurisdiction for each claim and for each defaulting Defendant. *See Sunward Elecs., Inc. v. McDonald*, 362 F.3d 17, 24 (2d Cir. 2004).

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge