

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 1016
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2022

December 16, 2022

**VIA E-MAIL**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Spin Master Ltd. v. >TC Toy City Store, et al.*
      Case No. 22-cv-890 (AT)
      **Request For Extension of Time to File Additional Briefing**

Dear Judge Torres,

      We represent Plaintiff Spin Master Ltd. ("Plaintiff"), in the above-referenced matter (the "Action").[1] On December 14, 2022, the Court entered an Order directing Plaintiff to provide additional information supporting personal jurisdiction as to each Defendant by December 23, 2022 ("December 14, 20222 Order"). Plaintiff has contacted Alibaba's local counsel to obtain the necessary information required for this briefing, which, in Plaintiff's experience and given the upcoming holidays, will take more time than the Original Deadline provides. Accordingly, Plaintiff respectfully requests an extension of time, until January 23, 2022 to submit the briefing in response to the December 14, 2022 Order. In accordance with Your Honor's Individual Rules of Practice, Plaintiff submits the following:

1. **Original Deadline:** December 23, 2022
2. **The number of previous requests for adjournment:** None, this is the first request for an extension of time to file Plaintiff's response to December 14, 2022 Order.
3. **The reason for the current request:** Plaintiff respectfully requests an extension of time so that Alibaba's local counsel has sufficient time to respond to Plaintiff's request for additional information.
4. **Whether the adversary consents**: All of the Defendants remaining in this action are currently in default, thus Plaintiff did not seek their consent.
5. **Proposed alternative dates:** Plaintiff respectfully proposes filing its response to the December 14, 2022 Order by no later than January 23, 2022.

GRANTED. By **January 23, 2023**, Plaintiff shall provide the Court with additional information supporting personal jurisdiction as to each Defendant.

SO ORDERED.

Dated: December 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge